IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 4:06cr12 TSL-JCS

JUAN CARRILLO
a/k/a JUAN DE DIOS CARRILLO-FRANCO

ORDER OF DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Criminal Indictment against JUAN CARRILLO a/k/a JUAN DE DIOS CARRILLO-FRANCO

without prejudice.

                                      DUNN LAMPTON
                                      United States Attorney

                          By:     */s/ Gregory L. Kennedy*

                                      GREGORY L. KENNEDY
                                      Assistant U.S. Attorney
                                      MS Bar No. 9389

        Leave of Court is granted for the filing of the foregoing dismissal.

        ORDERED this 15th day of August, 2006.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE